[No. 3007-2.  Division Two.  June 11, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
D. NEWTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-3110, Robert J. Bryan, J., entered June 18, 1979. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 6316-1.  Division One.  June 11, 1979.]

*In the Matter of the Estate of*
BERT M. ERICKSON.

Appeal from a judgment of the Superior Court for King County, No. E-230069, Donald M. Niles, J. Pro Tem., entered February 1, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen and Ringold, JJ.

[No. 6434-1.  Division One.  June 11, 1979.]

RICHARD R. LAWRENCE, *Respondent*, v. JOHN
D. LUX, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 765381, James J. Dore, J., entered March 7, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Ringold, JJ.

[No. 6536-1.  Division One.  June 11, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN
ARTHUR SCHOFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83915, Erle W. Horswill, J., entered April 11, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, A.C.J., and Andersen, J.